Jeffrey W. Shields, Bar No. 109920
Rick A. Varner, Bar No. 160403
Michael W. Buhrley, Bar No. 255203
SHIELDS LAW OFFICES
1920 Main Street, Suite 1080
Irvine, California 92614
(949) 724-7900; Fax (949) 724-7905
E-mail: jeff@shieldslawoffices.com

Attorneys For Plaintiff And Counter-Defendant AnaJet, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ANAJET, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>EQUIPMENT ZONE, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. SACV 10-00294 CJC(ANx)<br><br>[~~PROPOSED~~]<br>ORDER ON STIPULATION FOR DISMISSAL OF ENTIRETY OF CASE WITH PREJUDICE<br><br>[No Hearing Required] |

    WHEREAS, plaintiff and counter-defendant ANAJET, INC. ("Plaintiff") and defendant and counterclaimant EQUIPMENT ZONE, INC. ("Defendant") have submitted to the Court their "Stipulation For Dismissal Of Entirety Of Case With Prejudice" (the "Stipulation For Dismissal"); and

    WHEREAS, Plaintiff and Defendant have represented in the Stipulation For Dismissal that they have reached a full settlement of their respective disputes in the above action (the "Action"), and the terms of such settlement have been documented in a separate

20487

written settlement agreement between them (the "Settlement Agreement"); and

WHEREAS, Plaintiff and Defendant have further represented and agreed in their Stipulation For Dismissal that the terms of such Settlement Agreement include, *inter alia*: (a) immediate dismissal with prejudice of the entirety of the Action; and (b) that, pursuant to the provisions of California Code of Civil Procedure § 664.6, both Plaintiff and Defendant expressly agree to and request that this Court retain jurisdiction herein solely for the purpose of enforcing the terms of the Settlement Agreement, should such enforcement become necessary;

NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The entirety of this Action is hereby dismissed in its entirety with prejudice; and

2. This Court shall nonetheless retain jurisdiction pursuant to the provisions of California Code of Civil Procedure § 664.6 to enforce all of the terms of the Settlement Agreement between Plaintiff and Defendant, should such enforcement become necessary.

DATED: 2/2/11  _____
CORMAC J. CARNEY
JUDGE OF THE UNITED STATES
DISTRICT COURT